

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

..FILED ___RECEIVED
— ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2010 JUL 13 P 3: 23

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )          2:09-CR-0481-JCM (PAL)
                           )
ELENA WOODARD,             )
                           )
          Defendant.       )
_____)

### ORDER OF FORFEITURE

This Court found on February 1, 2010, that ELENA WOODARD shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and; and Title 21, United States Code, Section 853.

On July 13, 2010, as part of the sentencing proceeding, this Court lowered the criminal forfeiture money judgment to $100.00 in United States Currency.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ELENA WOODARD a criminal forfeiture money judgment in the amount of $100.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 14th day of July, 2010.


_____
UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

2        I, Lucas M. Foletta, certify that the following individual was served with a copy of the Order

3   of Forfeiture on July 13, 2010, by facsimile:

4            Frank Stapleton
             5600 Spring Mountain Road, #110
5            Las Vegas, NV 89146
             Counsel for Elena Woodard
6

7

8                              LUCAS M. FOLETTA
                               Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26