# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:09-CR-481 JCM (PAL) |
|---|---|
| Plaintiff, | |
| v. | |
| ELENA WOODARD, | |
| Defendant. | |

**SEALED ORDER**

Presently before the court is the government's motion to reconsider the order of forfeiture entered on July 14, 2010 (doc. #20). (Doc. #22). The defendant responded (doc. #23), and the government replied (doc. #26).

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *see* Fed. R. Civ. P. 59(e); *see also* Fed. R. Civ. P. 60(b).

The government fails to present any new law, new facts, or new evidence indicating that any of the circumstances enumerated by the Ninth Circuit are present here warranting reconsideration or any other relief.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion
2   to reconsider the order of forfeiture (doc. #22) be, and the same hereby is, DENIED.
3   DATED September 14, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -