Case 2:09-cr-00481-JCM-PAL   Document 46   Filed 12/28/11   Page 1 of 3

# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

2011 DEC 19  A 9:53

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:09-CR-481-JCM (PAL) |
| ELENA WOODARD, | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ELENA WOODARD a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this 28th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on December 19, 2011, by the below identified method of service:

<u>U.S. Mail:</u>

Samuel Frank Stapleton
600 S. Third Street
Las Vegas, NV 89101
*Counsel for Defendant-Appellee Elena Woodard*

Matthew Q. Callister
823 Las Vegas, Blvd. South
Las Vegas, NV 89101
*Counsel for Defendant-Appellee Elena Woodard*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk