# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ELENA WOODARD,<br><br>  Defendant. | 2:09-CR-481 JCM (PAL) |

### ORDER

Presently before the court is the United States' motion to unseal the case. (Doc. # 54). Also, before the court is a second motion by the government to unseal the case. (Doc. # 57). Defendant has not filed a response in opposition to either motion.

On December 18, 2012, this court held a hearing and terminated defendant's probation conditions. The government now seeks to unseal the case because:

> "[t]he defendant has been sentenced, completed her term of supervised release, and her restitution payments. She is not cooperating with any Government investigations. Accordingly, there is no need for the case to remain sealed."

(Doc. # 57). The court agrees.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to unseal the case (doc. # 54) be, and the same hereby, is DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion
2 to unseal the case (doc. # 57) be, and the same hereby, is GRANTED.  The clerk of the court is
3 ordered to unseal the case.
4    DATED December 26, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -